# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, J.P. ELLINGTON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**MINH H. NGUYEN**
**INTERIOR COMMUNICATIONS ELECTRICIAN**
**THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201500105**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 16 January 2015.
**Military Judge:** CAPT D.M. Harrison, JAGC, USN.
**Convening Authority:** Commanding Officer, USS LASSEN (DDG 82).
**Staff Judge Advocate's Recommendation:** LT S.W. Brennan, JAGC, USN.
**For Appellant:** CDR Glenn Gerding, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**30 April 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court